IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY BELCHER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:15-CV-834-WKW |
| THE GRAND RESERVE MGM, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 24, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 46.)  Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED.  Accordingly, Plaintiffs' Motion for Preliminary Injunction (Doc. # 2) and subsequent injunctive requests (Docs. # 38, 43) are DENIED.

DONE this 10th day of March, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE